UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

ROBERT M. LAZAR

CASE NO. 8:09-bk-18482-KRM
CHAPTER 7

Debtor(s).
_____/

**ORDER GRANTING MOTION TO TERMINATE**
**AUTOMATIC STAY IN FAVOR OF CREDITOR, US BANK, N.A.**

This case came on for consideration upon the Motion to Terminate Automatic Stay filed by Movant, US BANK, N.A., on October 30, 2009, Docket No.: 12. The Motion has been served upon the parties of interest in accordance with Local rule 2002-4 and no party of interest has filed an objection to the Motion within the time permitted. Therefore, the Court deems the Motion to be unopposed, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The automatic stay arising from these proceedings is hereby vacated, lifted, terminated and dissolved.

2. The Order Granting Relief from the Automatic Stay is hereby entered for the purpose of allowing Movant to pursue *in rem* relief against the property described as:

**LOT 169, OF TEH UNRECORDED PLAT OF EMBASSY HILLS, UNIT ONE, BEING FURTHER DESCRIBED AS FOLLOWS: A PORTION OF THE SOUTHEAST 1/4 OF SECTION 21, TOWNSHIP 25 SOUTH, RANGE 16 EAST, PASCO COUNTY, FLORIDA: COMMENCE AT THE NORTHEAST CORNER OF THE SOUTHEAST 1/4 OF SAID SECTION 21, THENCE RUN ALONG THE NORTH LINE OF THE SOUTHEAST 1/4 OF SAID SECTION 21, NORTH 89 DEGREES 43` 06" WEST, A DISTANCE OF 1089.16 FEET; THENCE SOUTH 00 DEGREES 17`54" WEST, A DISTANCE OF 555.10 FEET FOR A POINT OF BEGINNING, THENCE CONTINUE SOUTH 00 DEGREES 17` 54" WEST, A DISTANCE 70.0 FEET; THENCE NORTH 89 DEGREES 43`06" WEST, A DISTANCE OF 85.0 FEET; THENCE NORTH 00 DEGREES 1754" EAST, A DISTANCE OF 70.0 FEET; THENCE SOUTH 89 DEGREES 43`06" EAST, A DISTANCE OF 85.0 FEET TO THE POINT OF BEGINNING;**

**THE EAST 8.0 FEET THEREOF SUBJECT TO AN EASEMENT FOR DRAINAGE AND/OR UTILITIES.**

    **a/k/a 9334 CRABTREE LANE, PORT RICHEY, FL 34668**

and that the Movant shall not seek or obtain an *in personam* judgment against the Debtor(s).

    3. That the mortgage indebtedness that shall run with the property shall be increased to include $550.00 for attorney's fees and costs incurred.

    DONE AND ORDERED at TAMPA, Florida, __November 25, 2009__.

K. RODNEY MAY
UNITED STATES BANKRUPTCY JUDGE

Copies furnished to:

CAROL A. LAWSON, ESQUIRE
DOUGLAS C. ZAHM, P.A.
18820 U.S. HIGHWAY 19 NORTH, SUITE 212
CLEARWATER, FL 33764

ROBERT M. LAZAR
P.O. BOX 985
PORT RICHEY, FL 34668

DIANA SNEAD
9334 CRABTREE LANE
PORT RICHEY, FL 34668

RICHARD B. FEINBERG, ESQUIRE
P R. SMITH LAW GROUP, P.A.
901 W. HILLSBOROUGH AVENUE
TAMPA, FL 33603-1309

TRUSTEE
SUSAN K. WOODARD
PO BOX 7828
ST. PETERSBURG, FL 33734

TAMPA DIVISION
UNITED STATES TRUSTEE - TPA7
TIMBERLAKE ANNEX, SUITE 1200
501 E. POLK STREET
TAMPA, FL 33602